**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                  (501) 604-5351
**CLERK**

July 27, 2026

Jonathan Gross
2833 Smith Avenue Suite 331
Baltimore, Maryland 21209

Re:            Deficiency Filing #1, Civil Coversheet
               Case No. 3:26-CV-00216-LPR, Orwoll et al v. Sky UK Limited et al

Dear Mr. Gross:

       The Clerk's office reviewed the above-referenced document, which was filed
conventionally in paper, and found it to be deficient as follows:


       Lacks an original signature (F.R.Cv.P. 11(a) and Local Rule 5.5(c)(1)).


       To correct a document that has been filed, please send the corrected document in paper to
the Clerk's office. The original document will remain on the docket sheet, and the response time
will run from the date of the original filing.  Please electronically file a new supporting brief,
corporate disclosure statement, or diversity disclosure statement.

                                    Sincerely,

                                    TAMMY H. DOWNS, CLERK



                            By:  J. Kornegay
                                    Deputy Clerk