**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

No. 3:26-cv-00216-LPR

ERIC ORWOLL; PETER JULIUS CSERE;
and SCOTT THOMAS HALLOWOOD,
*Plaintiffs,*
*v.*
SKY UK LIMITED; COMCAST CORPORATION;
and TOM CHESHIRE,
*Defendants.*

**PLAINTIFFS' VERIFICATION PURSUANT TO ARK. CODE ANN. § 16-63-505**

Pursuant to Ark. Code Ann. § 16-63-505, Plaintiffs Eric Orwoll, Peter Julius Csere, and Scott Thomas Hallowood, by and through their attorney of record, submit this written verification with respect to the claims asserted in Plaintiffs' Complaint (ECF No. 1). This verification is filed to comply with § 16-63-505 and within the time permitted by § 16-63-506(a). The omissions brought to the attention of the Plaintiffs by the Defendant on October 9, 2026. Each of the undersigned makes the certification below as a sworn statement under penalty of perjury as permitted by 28 U.S.C. § 1746.

Each of the undersigned certifies as follows:

1. **The party and his attorney of record have read the claim.** The undersigned have read the claims asserted in Plaintiffs' Complaint filed in this action on July 24, 2026.
2. **The claim is well grounded in fact and is warranted by existing law or a good-faith argument for its extension, modification, or reversal.** To the best of the undersigned's knowledge, information, and belief, formed after a reasonable inquiry, the claims asserted in the Complaint are well grounded in fact and are warranted by existing law or by a good-faith argument for the extension, modification, or reversal of existing law.
3. **The act forming the basis for the claim is not a privileged communication.** The claims arise, in substantial part, from the fabrication of the "WHITES ONLY" photograph described in the Complaint (ECF No. 1, ¶¶ 27–34). Arkansas law expressly excludes from

the definition of "privileged communication" any "statement or report made with knowledge that it was false or with reckless disregard of whether it was false." Ark. Code Ann. § 16-63-503(2)(C); accord § 16-63-504.

4. **The claim is not asserted for any improper purpose.** The claims are not asserted for any improper purpose, such as to suppress the right of free speech or the right to petition government of any person or entity, to harass, or to cause unnecessary delay or needless increase in the cost of litigation.

---

**VERIFICATION OF PLAINTIFF ERIC ORWOLL**

I, Eric Orwoll, am a Plaintiff in this action. I have read this verification and the Complaint. I certify that the matters stated in paragraphs 1 through 4 above are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on October 19, 2026.

/s/ Eric Orwoll

ERIC ORWOLL
Plaintiff

---

**VERIFICATION OF PLAINTIFF PETER JULIUS CSERE**

I, Peter Julius Csere, am a Plaintiff in this action. I have read this verification and the Complaint. I certify that the matters stated in paragraphs 1 through 4 above are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 19, 2026.

/s/ Peter Julius Csere

PETER JULIUS CSERE
Plaintiff

---

**VERIFICATION OF PLAINTIFF SCOTT THOMAS HALLOWOOD**

I, Scott Thomas Hallowood, am a Plaintiff in this action. I have read this verification and the Complaint. I certify that the matters stated in paragraphs 1 through 4 above are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 19, 2026.

/s/ Scott Thomas Hallowood

SCOTT THOMAS HALLOWOOD
Plaintiff

---

**CERTIFICATION OF ATTORNEY OF RECORD**

I, Jonathan Gross, am the attorney of record for Plaintiffs. I have read this verification and the Complaint. I certify that the matters stated in paragraphs 1 through 4 above are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 19, 2026.

/s/ Jonathan Gross
Jonathan Gross
Law Office of Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, Maryland 21209
(443) 813-0141
jonathansgross@gmail.com

---

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, a copy of the foregoing was served upon all counsel of record through the Court's CM/ECF system, which will send notification of such filing to all registered participants.

/s/ Jonathan Gross
Jonathan Gross
Attorney for Plaintiffs