**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ERIC ORWOLL, et al.,** | : | |
| **Plaintiffs,** | : | **Case No. 3:26-cv-00216-LPR** |
| **v.** | : | |
| **SKY UK LIMITED, et al.,** | : | |
| **Defendants.** | : | |

**ENTRY OF APPEARANCE**

William T. Yandell of Quattlebaum, Grooms & Tull PLLC enters an appearance on behalf of Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire, and certifies that he is admitted to practice in this Court.

November 9, 2026

William T. Yandell
Ark. Bar No. 2023160
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: 501.379.1700
Facsimile: 501.379.1701
wyandell@qgtlaw.com