**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ERIC ORWOLL, et al.,** | : | |
| **Plaintiffs,** | : | **Case No. 3:26-cv-00216-LPR** |
| **v.** | : | |
| **SKY UK LIMITED, et al.,** | : | |
| **Defendants.** | : | |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire move under Local Rule 83.5(d) for the admission *pro hac vice* of Elizabeth Seidlin-Bernstein and, in support, state:

1. Elizabeth Seidlin-Bernstein is a resident of Pennsylvania, a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New York, and the State of New Jersey, and admitted to practice in the highest courts of those states. She has not been the subject of any disciplinary action.

2. Ms. Seidlin-Bernstein is admitted to practice before the U.S. District Courts for the Southern, Eastern, and Northern Districts of New York, the Eastern, Western, and Middle Districts of Pennsylvania, and the District of New Jersey, as well as the U.S. Courts of Appeals for the Second, Third, Fourth, and Eleventh Circuits. She remains in good standing in those courts.

3. Ms. Seidlin-Bernstein practices with the law firm of Ballard Spahr LLP. Her contact information is:

Elizabeth Seidlin-Bernstein
Pa. Bar No. 317931
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
seidline@ballardspahr.com

4. Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire have retained Ms. Seidlin-Bernstein to represent them in this action.

5. Defendants have also retained William T. Yandell, who is a resident of Arkansas, maintains an office in Little Rock, Arkansas, and is admitted to practice before this Court.

6. Ms. Seidlin-Bernstein hereby designates Mr. Yandell as her designee with whom opposing counsel may communicate pursuant to the provisions of Local Rule 83.5(d).

7. Ms. Seidlin-Bernstein affirms to follow this Court's local rules and consent to the jurisdiction of this Court in matters of discipline.

WHEREFORE, Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire pray that the Court enter an Order permitting Elizabeth Seidlin-Bernstein to appear and participate in this action under Local Rule 83.5(d) and awarding to Defendants all other relief to which they are entitled.

November 9, 2026

William T. Yandell
Ark. Bar No. 2023160
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: 501.379.1700
Facsimile: 501.379.1701
wyandell@qgtlaw.com

Elizabeth Seidlin-Bernstein (*pro hac vice* pending)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
seidline@ballardspahr.com

*Counsel for Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire*