IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **ERIC ORWOLL, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**SKY UK LIMITED, et al.,**<br>**Defendants.** | **Case No. 3:26-cv-00216-LPR** |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire move under Local Rule 83.5(d) for the admission *pro hac vice* of Timothy Tai and, in support, state:

1. Timothy Tai is a resident of Pennsylvania, a member in good standing of the Bars of the Commonwealth of Pennsylvania and New York State, and admitted to practice in the highest courts of those states. He has not been the subject of any disciplinary action.

2. Mr. Tai is admitted to practice before the U.S. District Courts for the Southern and Eastern Districts of New York and for the District of Columbia, and the U.S. Courts of Appeals for the Third and Ninth Circuits. He remains in good standing in those courts.

3. Mr. Tai practices with the law firm of Ballard Spahr LLP. His contact information is:

Timothy Tai
Pa. Bar No. 339388
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
tait@ballardspahr.com

4. Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire have retained Mr. Tai to represent them in this action.

5. Defendants have also retained William T. Yandell, who is a resident of Arkansas, maintains an office in Little Rock, Arkansas, and is admitted to practice before this Court.

6. Mr. Tai hereby designates Mr. Yandell as his designee with whom opposing counsel may communicate pursuant to the provisions of Local Rule 83.5(d).

7. Mr. Tai affirms to follow this Court's local rules and consent to the jurisdiction of this Court in matters of discipline.

WHEREFORE, Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire pray that the Court enter an Order permitting Timothy Tai to appear and participate in this action under Local Rule 83.5(d) and awarding to Defendants all other relief to which they are entitled.

November 9, 2026

William T. Yandell
Ark. Bar No. 2023160
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: 501.379.1700
Facsimile: 501.379.1701
wyandell@qgtlaw.com

Timothy Tai (*pro hac vice* pending)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
tait@ballardspahr.com

*Counsel for Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire*