**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ERIC ORWOLL, PETER JULIUS CSERE, and SCOTT THOMAS HALLOWOOD,<br><br>Plaintiffs,<br><br>v.<br><br>SKY UK LIMITED, COMCAST CORPORATION, and TOM CHESHIRE,<br><br>Defendants. | ) | Case No. 3:26-cv-00216-LPR |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiffs Eric Orwoll, Peter Julius Csere, and Scott Thomas Hallowood ("Plaintiffs") and Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire ("Defendants") (together, the "Parties"), by and through their undersigned counsel, jointly move under Federal Rule of Civil Procedure 6(b)(1)(A) for an order extending Defendants' deadline to answer or otherwise respond to the Complaint to and including December 7, 2026. In support, the Parties state as follows:

1. Plaintiffs filed their Complaint on July 24, 2026. ECF No. 1.

2. Defendants' current deadline to answer or otherwise respond to the Complaint is November 16, 2026.

3. Plaintiffs anticipate filing an amended complaint and intend to do so on or before December 7, 2026. Extending Defendants' response deadline will avoid the expense to the Parties, and the burden on the Court, of briefing a response to a pleading that may soon be superseded.

4. The Parties have conferred and jointly request that Defendants' deadline to answer or otherwise respond to the Complaint be extended to and including December 7, 2026. If Plaintiffs

file an amended complaint, Defendants' time to respond to it will be governed by Federal Rule of Civil Procedure 15(a)(3).

5. Good cause exists for the requested extension. This motion is made before the current deadline expires, is not sought for purposes of delay, and will not prejudice any party. This is the Parties' first request for an extension of this deadline. No scheduling order has been entered, and the requested extension will not affect any other deadline in this case.

6. By joining this motion, no Defendant waives, and each Defendant expressly preserves, all defenses and objections, including those under Federal Rule of Civil Procedure 12(b), and Plaintiffs likewise preserve all claims, arguments, and objections.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and extend Defendants' deadline to answer or otherwise respond to the Complaint to and including December 7, 2026, and grant such other relief as the Court deems just and proper.

Dated: November 10, 2026

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
Law Office of Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com
*Attorney for Plaintiffs*

William T. Yandell
Ark. Bar No. 2023160
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: 501.379.1700
Facsimile: 501.379.1701 wyandell@qgtlaw.com
*Attorneys for Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire*