**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ERIC ORWOLL, PETER JULIUS CSERE, and SCOTT THOMAS HALLOWOOD,

Plaintiffs,

v.

SKY UK LIMITED, COMCAST CORPORATION, and TOM CHESHIRE,

Defendants.

Case No. 3:26-cv-00216-LPR

**ORDER**

Before the Court is the Parties' Joint Motion for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint (Doc. No. ____). For good cause shown, the Motion is GRANTED.

Defendants Sky UK Limited, Comcast Corporation, and Tom Cheshire shall answer or otherwise respond to the Complaint on or before December 7, 2026. If Plaintiffs file an amended complaint, Defendants' time to respond to the amended complaint shall be governed by Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED this ____ day of ______________, 2026.

______________________________
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE